IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-16-KS

| | | |
|---|---|---|
| MARTRIANA HATLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on July 18, 2023, it is hereby ORDERED that Defendant's motion [DE #20] is GRANTED. On or before July 14, 2023, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 11th day of July 2023.

_____
KIMBERLY A. SWANK
United States Magistrate Judge