UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARTIANA HATLEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>*Commissioner of Social Security Administration* )<br>    Defendant. )<br>)<br>) | **JUDGMENT**<br>Case No. 5:23-CV-16-KS |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on January 16, 2024, with electronic service upon:

Derrick Arrowood, *Counsel for Plaintiff*
Brittany Gigliotti, *Counsel for Defendant*
Kenneth Burden, *Counsel for the Defendant*
Cathleen McNulty, Counsel for the Defendant

                            **PETER A. MOORE, JR.**
                            CLERK, U.S. DISTRICT COURT

DATE: January 16, 2024                     /s/ *Shelia Foell*
                                                (By): Shelia Foell
                                                Deputy Clerk, U.S. District Court