THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00016-KS

| MARTRIANA HATLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,350.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be reimbursed $402.00 in costs from the Judgment Fund by the U.S. Treasury pursuant to 28 U.S.C. § 2412(a)(1).

SO ORDERED this  29th  day of  April , 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge