IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00016-KS

| | |
|---|---|
| MATRIANA HATLEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon consideration of Plaintiff's petition for an award for attorney's fees in the sum of $16,000.00, representing less than 25% of Plaintiff's accrued back benefits,

It is therefore ORDERED that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $16,000.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $6,350.00 previously awarded under the EAJA, 28. U.S.C. § 2412.

This 11th day of June 2025.

_____
KIMBERLY A. SWANK,
United States Magistrate Judge