UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MARTIANA HATLEY, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:23-CV-16-KS |
| FRANK J. BISIGNANO, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees [DE-29.]

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel is awarded attorney fees in the amount of $16,000.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $6,350.00 previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on June 12, 2025, with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Brittany Gigliotti**
**Cathleen McNulty**
**Kenneth Burden**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: June 12, 2025

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk